UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAMAL A. AZEEZ,

                             Plaintiff,

                                                                          **ORDER**
                    -against-                                              CV 09-4063(JS)(ARL)

ENZO CLINIC LABS, INC., et al.,

                             Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      It is HEREBY ORDERED that the above entitled case be referred to mediation pursuant to Local Rule 83.11, and it is further

      ORDERED that the parties are offered the option of (a) using a mediator from the Court's panel, (b) selecting a mediator on their own, or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator. Counsel shall consult with the ADR Administrator, Gerald P. Lepp, (718) 613-2577, respecting their alternatives and selecting a mediator.

      The parties shall notify the court within two weeks of receipt of a decision or should the mediation fail.

Dated:  Central Islip, New York                     **SO ORDERED:**
           November 8, 2010

                                                     _____/s_____
                                                     ARLENE ROSARIO LINDSAY
                                                     United States Magistrate Judge